Eugene P. Ramirez (State Bar No. 134865)
  *epr@manningllp.com*
Angela M. Powell (State Bar No. 191876)
  *amp@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF RIVERSIDE, and SGT. SHEREE ANTHONY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYBIL DAVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>THE COUNTY OF RIVERSIDE, et al.<br><br>        Defendants. | Case No. 5:16-CV-00227-JGB(KKx)<br>[*The Hon. District Judge, Jesus G. Bernal, Magistrate, Kenly Kiya Kato*]<br><br>**DEFENDANTS' THIRD AMENDED PROPOSED VERDICT FORM**<br><br><br>**Complaint Filed: 06-22-16**<br>**Final PTC:        10-29-18**<br>**Trial:               11-13-18** |

Defendants COUNTY OF RIVERSIDE and SGT. SHEREE ANTHONY hereby submit the following First Amended proposed Verdict Form to be provided to the jury at the time of trial.

Defendants reserve the right to amend this Verdict Form.

DATED: November 20, 2018

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

*/s/ Angela M. Powell*
Angela M. Powell
Attorneys for Defendants, COUNTY OF RIVERSIDE, and SGT. SHEREE ANTHONY

# **VERDICT FORM**

We, the jury, being first empaneled and sworn, do find our verdict as follows:

**ISSUE 1:** **Use of Force (§ 1983 Excessive Force, Battery, Bane Act, Negligence in Force).**

1. Did Defendant Sgt. Sheree Anthony use excessive or unreasonable force against Anthonie Smith when she fired the last gunshot at him?

YES _____    NO _____

If you answered "Yes" to this question, proceed to Question No. 2.

If you answered "No" to this question, skip the remaining questions and sign the juror Verdict Form.

2. If you find Sgt. Sheree Anthony used excessive force, did her use of excessive or unreasonable force cause Anthonie Smith's harm?

YES _____    NO _____

If you answered "yes," go to the next question.

If you answered "No" to this question, skip the remaining questions and sign the juror Verdict Form.

**ISSUE 2:** **§1983 familial interference claim - § 1983**

3. If you find that Sgt. Sheree Anthony used excessive force, do you find that Sgt. Anthony violated plaintiff Sybil Davis' Fourteenth Amendment right to be free from interference with a familial relationship of a mother and son with a purpose to harm decedent Anthonie Smith that was unrelated to legitimate law enforcement objectives?

YES _____ NO _____

If you answered yes, answer No. 4.
If you answered no, skip No. 4 and go to No. 4A.

4. Did the conduct in Question 3 cause plaintiff Sybil Davis harm?
YES _____ NO _____
GO TO THE NEXT QUESTION.

**ISSUE 2a: (Bane Act)**

4A. If you find that Sgt. Sheree Anthony used excessive force, did Sgt. Sheree Anthony interfere or attempt to interfere by threats, intimidation or coercion with Anthonie Smith's constitutional right to be free from excessive and/or unreasonable force when she fired the last gunshot at him?

YES _____ NO _____

If you answered yes, answer No. 4B.
If you answered no, go to No. 5.

4B. Did Sgt. Sheree Anthony act with the particular purpose of depriving Anthonie Smith's enjoyment of the constitutional right to be free from excessive

and/or unreasonable force when she fired the last gunshot at him?

YES _____ NO _____

If you answered yes, answer No. 4C.

If you answered no, go to No. 5.

4C. Did Anthonie Smith reasonably believe that if he exercised his constitutional right to be free from excessive and/or unreasonable force Sgt. Sheree Anthony would commit violence against him?

YES _____ NO _____

If you answered yes, answer No. 4D.

If you answered no, go to No. 5.

4D. Was Sgt. Sheree Anthony's conduct in 4A to 4C a substantial factor in causing Anthonie Smith's harm?

YES _____ NO _____

GO TO NO. 5.

**ISSUE 3: Damages & Comparative Fault.**

5. If your answer to Question Nos. 2, 4, or 4D was "Yes," what amount of damages, if any, do you find that Anthonie Smith sustained as a result of Sgt. Sheree Anthony's last shot?

Anthonie Smith $_____

If you awarded any amount of damages for Question No. 5, proceed to Question No. 6.

G:\docsdata\EPR\Smith, Anthonie 4410-52102\Trial\Defendants' Third Amended Special Verdict Form.112018(2).docx

If you awarded no damages under Question No. 5, skip the remaining questions and sign the juror Verdict Form.

6. Was decedent Anthonie Smith's negligence a cause of his injury, damage, loss or harm to himself?

           _____ YES     _____ NO

7. If your answer to Question Nos. 2 or 4 was a "Yes," and your answer to No. 6 was a "yes," what percentage of responsibility for Anthonie Smith's injury, damage, loss, harm or death do you assign to the negligent conduct, if any, of the following persons?

Decedent Anthonie Smith           _____%

Defendant Sgt. Sheree Anthony           _____%

      TOTAL                                 100 %

Proceed to Question No. 8.

8. If your answer to Question No. 2, 4 or 4D was "Yes," what amount of damages, if any, do you find that plaintiff Sybil Davis sustained as a result of the actions of defendant Sgt. Sheree Anthony for the loss of Anthonie Smith (wrongful death)?

                $_____

9. If you found damages, was the conduct of Sgt. Sheree Anthony malicious, oppressive or in reckless disregard of Anthonie Smith's rights?

YES _____      NO _____

Please date, sign, and return this Verdict Form to the Court Clerk.

I hereby certify that this verdict is unanimous.

Dated: _____, 2018

Signed: _____
         Presiding Juror (Foreperson)