# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | EDCV16-227-JGB(KKx) / EDCV16-1323-JGB (Consolidated) |
| Date | November 20, 2018 |
| Title: | DEMAR SMITH, et al v. COUNTY OF RIVERSIDE, et al |

Present: The Honorable **JESUS G. BERNAL, U.S. DISTRICT JUDGE**

| Maynor Galvez | Adele C. Frazier (morning)/Phyllis Preston (afternoon) |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John W. Harris | Eugene P. Ramirez |
| Herbert Hayden | Angela Marie Powell |

_____ Day Court Trial        5th Day Jury Trial

_____ One day trial:    _____ Begun (1st day);   **X** Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

✓ Witnesses called, sworn and testified.   ✓ Exhibits Identified   ✓ Exhibits admitted.

_____ Plaintiff(s) rest.   ✓ Defendant(s) rest.

✓ Closing arguments made by   ✓ plaintiff(s)   ✓ defendant(s).   ✓ Court instructs jury.

✓ Bailiff(s) sworn.   ✓ Jury retires to deliberate.   _____ Jury resumes deliberations.

_____ Jury Verdict in favor of _____ plaintiff(s) _____ defendant(s) is read and filed.

_____ Jury polled.   _____ Polling waived.

_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.

_____ Judgment by Court for _____ plaintiff(s) _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by _____ plaintiff(s) _____ defendant(s).

_____ Case submitted.   _____ Briefs to be filed by _____

_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.

_____ Settlement reached and placed on the record.

✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

✓ Case continued to  11/21/2018, at 9:00 a.m.  for further trial/further jury deliberation.

✓ Other: Counsel stipulate off the record to withdraw exhibit 314.

                                                                    5 : 00

                                            Initials of Deputy Clerk   MG

cc: