Eugene P. Ramirez (State Bar No. 134865)
  *epr@manningllp.com*
Angela M. Powell (State Bar No. 191876)
  *amp@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF RIVERSIDE, and SGT. SHEREE ANTHONY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYBIL DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>THE COUNTY OF RIVERSIDE, et al.<br><br>    Defendants. | Case No. 5:16-CV-00227-JGB(KKx)<br>[*The Hon. District Judge, Jesus G. Bernal, Magistrate, Kenly Kiya Kato*]<br><br>**DEFENDANTS' AMENDED PROPOSED VERDICT FORM PHASE 2**<br><br><br>**Complaint Filed: 06-22-16**<br>**Final PTC:         10-29-18**<br>**Trial:                 11-13-18** |

G:\docsdata\EPR\Smith, Anthonie 4410-52102\Trial\Defendant's Amended Proposed verdict form phase 2.docx

1

Defendants COUNTY OF RIVERSIDE and SGT. SHEREE ANTHONY hereby submit the following Amended Proposed Verdict Form phase 2 and object to plaintiff's proposed Verdict Form phase 2.

Defendants reserve the right to amend this Verdict Form.

DATED: November 28, 2018

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

*/s/ Angela M. Powell*
Angela M. Powell
Attorneys for Defendants, COUNTY OF RIVERSIDE, and SGT. SHEREE ANTHONY

G:\docsdata\EPR\Smith, Anthonie 4410-52102\Trial\Defendant's Amended Proposed verdict form phase 2.docx

## **VERDICT FORM**

We, the jury, being first empaneled and sworn, do find our verdict as follows:

Having found Sgt. Sheree Anthony's conduct to be malicious, oppressive or in reckless disregard of Anthonie Smith's rights, what amount of punitive damages, if any, do you award plaintiff Sybil Davis as a result of Sgt. Anthony's conduct?

$\_\_\_\_\_

Please date, sign, and return this Verdict Form to the Court Clerk.

I hereby certify that this verdict is unanimous.

Dated: _____, 2018

Signed: _____
     Presiding Juror (Foreperson)

G:\docsdata\EPR\Smith, Anthonie 4410-52102\Trial\Defendant's Amended Proposed verdict form phase 2.docx

3